Voltage / TCYK v. DOE-76.105.157.206

76.105.157.206
5/9/14 08:05:07 PM    The.Company.You.Keep.2012.BRRip.XviD-AQOS
SHA1: 46EBF9E37568B19342765DCEEB9FEBE47E3B6DBE
Comcast Cable        Portland, Oregon

| No. | IP | Torrentname | Category | Date ▼ |
|---|---|---|---|---|
| 1. | 76.105.157.206 | Arrow.S02E20.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 2. | 76.105.157.206 | Revolution.2012.S02E15.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 3. | 76.105.157.206 | Arrow.S02E21.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 4. | 76.105.157.206 | Supernatural.S09E21.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 5. | 76.105.157.206 | Mad.Men.S07E04.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/05/09 |
| 6. | 76.105.157.206 | Supernatural.S09E17.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 7. | 76.105.157.206 | Revolution.2012.S02E17.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 8. | 76.105.157.206 | Fargo.S01E03.720p.HDTV.x264-REMARKABLE.mkv | TV Series | 2014/05/09 |
| 9. | 76.105.157.206 | Supernatural.S09E18.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 10. | 76.105.157.206 | Revolution.2012.S02E20.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 11. | 76.105.157.206 | Supernatural.S09E20.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 12. | 76.105.157.206 | Revolution.2012.S02E16.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 13. | 76.105.157.206 | Arrow.S02E19.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/09 |
| 14. | 76.105.157.206 | Hannibal.S02E05.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/10 |
| 15. | 76.105.157.206 | The.100.S01E08.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/10 |
| 16. | 76.105.157.206 | Hannibal.S02E09.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/10 |
| 17. | 76.105.157.206 | Marvels.Agents.of.S.H.I.E.L.D.S01E19.720p.HDTV.x264-REMARKABLE.mkv | TV Series | 2014/05/10 |
| 18. | 76.105.157.206 | Hannibal.S02E08.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/10 |
| 19. | 76.105.157.206 | Hannibal.S02E10.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/10 |
| 20. | 76.105.157.206 | Hannibal.S02E06.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/10 |
| 21. | 76.105.157.206 | Marvels.Agents.of.S.H.I.E.L.D.S01E18.720p.HDTV.x264-REMARKABLE.mkv | TV Series | 2014/05/10 |
| 22. | 76.105.157.206 | The.100.S01E06.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/05/10 |
| 23. | 76.105.157.206 | Rambo 5 (2011) TS x264 Feel-Free | Video | 2014/05/10 |
| 24. | 76.105.157.206 | Marvels.Agents.of.S.H.I.E.L.D.S01E20.720p.HDTV.x264-REMARKABLE.mkv | TV Series | 2014/05/10 |
| 25. | 76.105.157.206 | Hannibal.S02E07.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/10-2014/05/11 |
| 26. | 76.105.157.206 | Orphan.Black.S02E03.HDTV.x264-2HD.mp4 | TV Series | 2014/05/11 |

EXHIBIT 1
Page 1 of 8

Voltage / TCYK v. DOE-76.105.157.206

| # | IP | File | Type | Date |
|---|---|---|---|---|
| 27. | 76.105.157.206 | Orphan.Black.S02E02.HDTV.x264-KILLERS.mp4 | TV Series | 2014/05/11 |
| 28. | 76.105.157.206 | Hannibal.S02E11.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/11 |
| 29. | 76.105.157.206 | Jack Ryan Shadow Recruit (2014) | Video | 2014/05/11 |
| 30. | 76.105.157.206 | Orphan.Black.S02E04.HDTV.x264-2HD.mp4 | TV Series | 2014/05/11 |
| 31. | 76.105.157.206 | Mad.Men.S07E03.720p.HDTV.x264-REMARKABLE.mkv | TV Series | 2014/05/11-2014/05/24 |
| 32. | 76.105.157.206 | Mad.Men.S07E02.720p.HDTV.x264-REMARKABLE.mkv | TV Series | 2014/05/11-2014/05/24 |
| 33. | 76.105.157.206 | Vikings.S02E06.PROPER.HDTV.x264-KILLERS.mp4 | TV Series | 2014/05/12 |
| 34. | 76.105.157.206 | Mad.Men.S07E05.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/12 |
| 35. | 76.105.157.206 | Continuum.S03E06.PROPER.720p.HDTV.x264-2HD.mkv | TV Series | 2014/05/12 |
| 36. | 76.105.157.206 | Louie.S04E02.HDTV.x264-KILLERS.mp4 | TV Series | 2014/05/12 |
| 37. | 76.105.157.206 | Game.of.Thrones.S04E06.720p.HDTV.x264-DIMENSION.mkv | TV Series | 2014/05/12 |
| 38. | 76.105.157.206 | Continuum.S03E05.720p.HDTV.x264-2HD.mkv | TV Series | 2014/05/12 |
| 39. | 76.105.157.206 | Continuum.S03E03.720p.HDTV.x264-2HD.mkv | TV Series | 2014/05/12 |
| 40. | 76.105.157.206 | Penny.Dreadful.S01E01.HDTV.x264-2HD.mp4 | TV Series | 2014/05/12 |
| 41. | 76.105.157.206 | Vikings.S02E09.REPACK.HDTV.x264-EXCELLENCE.mp4 | TV Series | 2014/05/12 |
| 42. | 76.105.157.206 | Continuum.S03E08.HDTV.x264-2HD.mp4 | TV Series | 2014/05/12 |
| 43. | 76.105.157.206 | Louie.S04E01.HDTV.x264-2HD.mp4 | TV Series | 2014/05/12 |
| 44. | 76.105.157.206 | Vikings.S02E10.HDTV.x264-2HD.mp4 | TV Series | 2014/05/12 |
| 45. | 76.105.157.206 | Silicon Valley S01E06 HDTV x264-2HD[ettv] | TV Series | 2014/05/12-2014/05/13 |
| 46. | 76.105.157.206 | Louie.S04E03.HDTV.x264-KILLERS.mp4 | TV Series | 2014/05/13 |
| 47. | 76.105.157.206 | Warehouse.13.S05E03.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/05/13 |
| 48. | 76.105.157.206 | Nurse.Jackie.S06E06.HDTV.x264-BATV.mp4 | TV Series | 2014/05/13 |
| 49. | 76.105.157.206 | Nurse.Jackie.S06E04.HDTV.x264-2HD.mp4 | TV Series | 2014/05/13 |
| 50. | 76.105.157.206 | Californication.S07E05.720p.HDTV.x264-2HD.mkv | TV Series | 2014/05/13 |
| 51. | 76.105.157.206 | Nurse.Jackie.S06E03.HDTV.x264-2HD.mp4 | TV Series | 2014/05/13 |
| 52. | 76.105.157.206 | Warehouse.13.S05E05.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/13 |
| 53. | 76.105.157.206 | Californication.S07E06.720p.HDTV.x264-DAA.mkv | TV Series | 2014/05/13-2014/05/14 |
| 54. | 76.105.157.206 | House.of.Cards.2013.S02E05.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14 |
| 55. | 76.105.157.206 | House.of.Cards.2013.S02E13.720p.HDTV.x264-SKGTV.mkv | TV Series | 2014/05/14 |
| 56. | 76.105.157.206 | Marvels Agents of S.H.I.E.L.D S01E22 HDTV x264-KILLERS[ettv] | TV Series | 2014/05/14 |
| 57. | 76.105.157.206 | House.of.Cards.2013.S02E07.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14 |
| 58. | 76.105.157.206 | House.of.Cards.2013.S02E09.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14 |
| 59. | 76.105.157.206 | House.of.Cards.2013.S02E06.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14 |
| 60. | 76.105.157.206 | [FS] Amagami SS+ - 04 (1280x720 x264 AAC).mp4 | Video | 2014/05/14 |

EXHIBIT 1
Page 2 of 8

Voltage / TCYK v. DOE-76.105.157.206

| # | IP | File | Type | Date |
|---|---|---|---|---|
| 61. | 76.105.157.206 | House.of.Cards.2013.S02E08.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14 |
| 62. | 76.105.157.206 | Supernatural S09E22 HDTV x264-LOL[ettv] | TV Series | 2014/05/14 |
| 63. | 76.105.157.206 | House.of.Cards.2013.S02E04.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14 |
| 64. | 76.105.157.206 | House.of.Cards.2013.S02E10.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14 |
| 65. | 76.105.157.206 | The.Blacklist.S01E22.720p.HDTV.X264-DIMENSION [PublicHD] | TV Series | 2014/05/14 |
| 66. | 76.105.157.206 | House.of.Cards.S01.720p.AC3.Sphinctone1 | TV Series | 2014/05/14 |
| 67. | 76.105.157.206 | House.of.Cards.2013.S02E12.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14 |
| 68. | 76.105.157.206 | House.of.Cards.2013.S02E03.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14-2014/05/15 |
| 69. | 76.105.157.206 | [ www.Torrenting.com ] - House.of.Cards.2013.S02E02.720p.HDTV.x264-SKGTV | TV Series | 2014/05/14-2014/05/15 |
| 70. | 76.105.157.206 | A.Great.Big.World.ft.Christina.Aguilera-Say.Something.HDTV.1080p-sc | Video | 2014/05/14-2014/05/15 |
| 71. | 76.105.157.206 | House.of.Cards.2013.S02E11.720p.HDTV.x264-SKGTV[rarbg] | TV Series | 2014/05/14-2014/05/16 |
| 72. | 76.105.157.206 | Louie.S04E04.HDTV.x264-KILLERS.mp4 | TV Series | 2014/05/15 |
| 73. | 76.105.157.206 | Arrow.S02E23.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/15 |
| 74. | 76.105.157.206 | The.Blacklist.S01E20.HDTV.x264-LOL.mp4 | TV Series | 2014/05/15 |
| 75. | 76.105.157.206 | Goodbye World (2013) | Video | 2014/05/15 |
| 76. | 76.105.157.206 | Fargo.S01E05.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/15 |
| 77. | 76.105.157.206 | The.Blacklist.S01E18.HDTV.x264-LOL.mp4 | TV Series | 2014/05/15 |
| 78. | 76.105.157.206 | Marvels.Agents.of.S.H.I.E.L.D.S01E22.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/05/15 |
| 79. | 76.105.157.206 | Revolution.2012.S02E21.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/15 |
| 80. | 76.105.157.206 | Supernatural.S09E22.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/15 |
| 81. | 76.105.157.206 | The.100.S01E09.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/15 |
| 82. | 76.105.157.206 | From Dusk Till Dawn The Series S01E09 WEB-DL XviD-FUM[ettv] | TV Series | 2014/05/15 |
| 83. | 76.105.157.206 | The.Blacklist.S01E21.HDTV.x264-LOL.mp4 | TV Series | 2014/05/15 |
| 84. | 76.105.157.206 | Silicon.Valley.S01E06.HDTV.x264-2HD.mp4 | TV Series | 2014/05/17-2014/05/18 |
| 85. | 76.105.157.206 | Arrow.S02E23.HDTV.x264-LOL.mp4 | TV Series | 2014/05/17-2014/05/18 |
| 86. | 76.105.157.206 | Triptank.S01E07.HDTV.x264-KILLERS.mp4 | TV Series | 2014/05/17-2014/05/18 |
| 87. | 76.105.157.206 | Nashville.2012.S02E22.HDTV.x264-LOL.mp4 | TV Series | 2014/05/17-2014/05/18 |
| 88. | 76.105.157.206 | Hannibal.S02E12.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/18-2014/05/19 |
| 89. | 76.105.157.206 | Orphan.Black.S02E05.HDTV.x264-KILLERS.mp4 | TV Series | 2014/05/19 |
| 90. | 76.105.157.206 | 300.Rise.Of.An.Empire.2014.BLURRED.WEBRip.XviD-ViP3R | Video | 2014/05/19 |
| 91. | 76.105.157.206 | Game.of.Thrones.S04E07.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/05/19-2014/05/20 |
| 92. | 76.105.157.206 | Silicon.Valley.S01E07.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/19-2014/05/20 |
| 93. | 76.105.157.206 | Ch4.Henry.VIII.The.Mind.of.a.Tyrant.1of4.Prince.1485.1509.720p.HDTV.x264.AC3.MVGroup.org.mkv | TV Series | 2014/05/20 |

EXHIBIT 1
Page 3 of 8

Voltage / TCYK v. DOE-76.105.157.206

| # | IP | File | Type | Date |
|---|---|---|---|---|
| 94. | 76.105.157.206 | Mad.Men.S07E06.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/20 |
| 95. | 76.105.157.206 | Californication.S07E07.720p.HDTV.x264-DAA.mkv | TV Series | 2014/05/20 |
| 96. | 76.105.157.206 | The Amazing Spiderman 2 2014 720p SUB HDSCR 950MB-Micromkv | Video | 2014/05/20 |
| 97. | 76.105.157.206 | Louie S04E05 HDTV x264-LOL[ettv] | TV Series | 2014/05/20 |
| 98. | 76.105.157.206 | Louie S04E06 HDTV x264-LOL[ettv] | TV Series | 2014/05/20 |
| 99. | 76.105.157.206 | Ch4.Henry.VIII.The.Mind.of.a.Tyrant.2of4.Warrior.1509.1525.720p.HDTV.x264.AC3.MVGroup.org.mkv | TV Series | 2014/05/21 |
| 100. | 76.105.157.206 | Supernatural.S09E23.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/21 |
| 101. | 76.105.157.206 | Ch4.Henry.VIII.The.Mind.of.a.Tyrant.4of4.Tyrant.1533.1547.720p.HDTV.x264.AC3.MVGroup.org.mkv | TV Series | 2014/05/21-2014/05/22 |
| 102. | 76.105.157.206 | Son of God (2014) | Video | 2014/05/21-2014/05/22 |
| 103. | 76.105.157.206 | Bones.S09E24.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/21-2014/05/22 |
| 104. | 76.105.157.206 | Ch4.Henry.VIII.The.Mind.of.a.Tyrant.3of4.Lover.1526.1536.720p.HDTV.x264.AC3.MVGroup.org.mkv | TV Series | 2014/05/21-2014/05/22 |
| 105. | 76.105.157.206 | Need For Speed | Video | 2014/05/21-2014/05/22 |
| 106. | 76.105.157.206 | Fargo.S01E06.HDTV.x264-LOL.mp4 | TV Series | 2014/05/21-2014/05/22 |
| 107. | 76.105.157.206 | From.Dusk.Till.Dawn.S01E10.720p.HDTV.x264-QCF.mkv | TV Series | 2014/05/22 |
| 108. | 76.105.157.206 | X-Men.Days.of.Future.Past.2014.HC.CAM.XviD.MP3-RARBG | Video | 2014/05/24 |
| 109. | 76.105.157.206 | orphan.black.s02e01.720p.hdtv.x264-killers.mkv | TV Series | 2014/05/24-2014/05/25 |
| 110. | 76.105.157.206 | Orphan.Black.S02E02.720p.HDTV.x264-KILLERS[rarbg] | TV Series | 2014/05/24-2014/05/25 |
| 111. | 76.105.157.206 | orphan.black.s02e03.720p.hdtv.x264-2hd.mkv | TV Series | 2014/05/24-2014/05/25 |
| 112. | 76.105.157.206 | Orphan.Black.S02E04.720p.HDTV.x264-KILLERS[rarbg] | TV Series | 2014/05/24-2014/05/25 |
| 113. | 76.105.157.206 | Orphan.Black.S02E03.720p.HDTV.x264-2HD[rarbg] | TV Series | 2014/05/24-2014/05/25 |
| 114. | 76.105.157.206 | World War Z.mp4 | Video | 2014/05/25 |
| 115. | 76.105.157.206 | Orphan.Black.S02E05.720p.HDTV.x264-KILLERS[rarbg] | TV Series | 2014/05/25 |
| 116. | 76.105.157.206 | Hannibal.S02E13.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/25 |
| 117. | 76.105.157.206 | Turn.S01E06.720p.HDTV.X264-DIMENSION [PublicHD] | TV Series | 2014/05/25 |
| 118. | 76.105.157.206 | [ www.Speed.cd ]-Turn.S01E04.720p.HDTV.x264-REMARKABLE | TV Series | 2014/05/25-2014/05/26 |
| 119. | 76.105.157.206 | Believe.S01E08.720p.HDTV.X264-DIMENSION[rarbg] | TV Series | 2014/05/26 |
| 120. | 76.105.157.206 | Californication.S07E08.720p.HDTV.x264-DAA.mkv | TV Series | 2014/05/26 |
| 121. | 76.105.157.206 | Mad.Men.S07E07.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/26 |
| 122. | 76.105.157.206 | Believe.S01E09.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/26 |
| 123. | 76.105.157.206 | The Monuments Men 2014 BRRip AC3 XviD-haяkš | Video | 2014/05/26 |
| 124. | 76.105.157.206 | Orphan.Black.S02E06.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/05/26 |

EXHIBIT 1
Page 4 of 8

Voltage / TCYK v. DOE-76.105.157.206

| # | IP | File | Type | Date |
|---|---|---|---|---|
| 125. | 76.105.157.206 | Nurse.Jackie.S06E08.HDTV.x264-BATV.mp4 | TV Series | 2014/05/26 |
| 126. | 76.105.157.206 | Continuum.S03E09.720p.HDTV.x264-2HD [PublicHD] | TV Series | 2014/05/26-2014/05/27 |
| 127. | 76.105.157.206 | Mad.Men.S07E07.HDTV.x264-LOL.mp4 | TV Series | 2014/05/27 |
| 128. | 76.105.157.206 | Continuum.S03E09.HDTV.x264-2HD.mp4 | TV Series | 2014/05/27 |
| 129. | 76.105.157.206 | Salem.S01E06.HDTV.x264-LOL.mp4 | TV Series | 2014/05/27 |
| 130. | 76.105.157.206 | The.Blacklist.S01E21.720p.HDTV.X264-DIMENSION[rarbg] | TV Series | 2014/05/27 |
| 131. | 76.105.157.206 | Nurse.Jackie.S06E07.HDTV.X264-KILLERS.mp4 | TV Series | 2014/05/27 |
| 132. | 76.105.157.206 | House.Of.Cards.S02.Season.2.720p.WebRip.ReEnc-DeeJayAhmed | TV Series | 2014/05/27 |
| 133. | 76.105.157.206 | Pompeii (2014) | Video | 2014/05/27 |
| 134. | 76.105.157.206 | World War Z - Extended (2013)(Bitloks)(1920).mkv | Video | 2014/05/27-2014/05/28 |
| 135. | 76.105.157.206 | X-Men.Days.of.Future.Past.2014.CAM.v2.NEW.GOOD.SOURCE.XviD.MP3-RARBG | Video | 2014/05/28-2014/05/29 |
| 136. | 76.105.157.206 | Penny.Dreadful.S01E02.REPACK.720p.HDTV.x264-2HD[rarbg] | TV Series | 2014/05/28-2014/05/29 |
| 137. | 76.105.157.206 | Fargo.S01E07.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/29 |
| 138. | 76.105.157.206 | The.100.S01E11.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/29 |
| 139. | 76.105.157.206 | Fargo.S01E06.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/05/29 |
| 140. | 76.105.157.206 | 24.S09E05.HDTV.x264-LOL.mp4 | TV Series | 2014/05/29 |
| 141. | 76.105.157.206 | 13 Sins (2014) | Video | 2014/05/30 |
| 142. | 76.105.157.206 | Orphan.Black.S02E07.720p.HDTV.X264-DIMENSION[rarbg] | TV Series | 2014/06/01-2014/06/02 |
| 143. | 76.105.157.206 | Crossbones.S01E01.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/06/01-2014/06/02 |
| 144. | 76.105.157.206 | Game.of.Thrones.S04E08.HDTV.x264-KILLERS.mp4 | TV Series | 2014/06/02 |
| 145. | 76.105.157.206 | Silicon.Valley.S01E08.HDTV.x264-KILLERS.mp4 | TV Series | 2014/06/02 |
| 146. | 76.105.157.206 | Californication.S07E08.HDTV.x264-BATV.mp4 | TV Series | 2014/06/02 |
| 147. | 76.105.157.206 | Continuum.S03E10.HDTV.x264-2HD.mp4 | TV Series | 2014/06/02 |
| 148. | 76.105.157.206 | Game.of.Thrones.S04E08.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/06/02 |
| 149. | 76.105.157.206 | Californication.S07E09.720p.HDTV.x264-DAA[rarbg] | TV Series | 2014/06/03 |
| 150. | 76.105.157.206 | Continuum.S03E10.720p.HDTV.x264-2HD.mkv | TV Series | 2014/06/03 |
| 151. | 76.105.157.206 | The.Grand.Budapest.Hotel.2014.HDRip.X264-PLAYNOW | Video | 2014/06/04 |
| 152. | 76.105.157.206 | The Grand Budapest Hotel.2014.HDRip.XviD-SaM[ETRG] | Video | 2014/06/04 |
| 153. | 76.105.157.206 | Nurse.Jackie.S06E09.HDTV.x264-BATV.mp4 | TV Series | 2014/06/04 |
| 154. | 76.105.157.206 | Amazing Spider-Man 001 (2014) (Digital) (Darkness-Empire).cbr | eBook | 2014/06/04-2014/06/05 |
| 155. | 76.105.157.206 | Walk of Shame (2014) | Video | 2014/06/05 |
| 156. | 76.105.157.206 | The.100.S01E12.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/06/05-2014/06/07 |
| 157. | 76.105.157.206 | Crossbones.S01E02.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/06/07-2014/06/08 |
| 158. | 76.105.157.206 | X-Men. Days of Future Past 2014 HD x264 AC3-R33M | Video | 2014/06/08 |

EXHIBIT 1
Page 5 of 8

Voltage / TCYK v. DOE-76.105.157.206

| | | | | |
|---|---|---|---|---|
| 159. | 76.105.157.206 | The Grand Budapest Hotel (2014) | Video | 2014/06/08 |
| 160. | 76.105.157.206 | Rio 2 2014 READNFO R4 DVDRip LiNE XviD-HELLRAZ0R | Video | 2014/06/08 |
| 161. | 76.105.157.206 | Game.of.Thrones.S04E09.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/06/09 |
| 162. | 76.105.157.206 | Continuum.S03E11.720p.HDTV.x264-2HD.mkv | TV Series | 2014/06/09 |
| 163. | 76.105.157.206 | Penny Dreadful S01E05 HDTV x264-KILLERS[ettv] | TV Series | 2014/06/09 |
| 164. | 76.105.157.206 | MAGIX Video Pro X6 13.0.4.2 (crack Equinox) [ChingLiu] | Software | 2014/06/10 |
| 165. | 76.105.157.206 | Californication S07E10 HDTV XviD-FUM[ettv] | TV Series | 2014/06/11 |
| 166. | 76.105.157.206 | Fargo.S01E09.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/06/11-2014/06/12 |
| 167. | 76.105.157.206 | Orange.Is.The.New.Black.S02E03.WEBRip.x264-2HD.mp4 | TV Series | 2014/06/12 |
| 168. | 76.105.157.206 | The_Walking_Dead_128_(2014)_(Digital)_(Zone-Empire).cbr | eBook | 2014/06/12 |
| 169. | 76.105.157.206 | Orange.Is.The.New.Black.S02E01.WEBRip.x264-2HD.mp4 | TV Series | 2014/06/12 |
| 170. | 76.105.157.206 | Orange.Is.The.New.Black.S02E02.WEBRip.x264-2HD.mp4 | TV Series | 2014/06/12 |
| 171. | 76.105.157.206 | Orange.Is.The.New.Black.S02E09.WEBRip.x264-2HD.mp4 | TV Series | 2014/06/13 |
| 172. | 76.105.157.206 | Orange.Is.The.New.Black.S02E12.WEBRip.x264-2HD.mp4 | TV Series | 2014/06/13 |
| 173. | 76.105.157.206 | Linkin Park - The Hunting Party (Deluxe Edition) 2014 2CD 320kbps CBR MP3 [VX] | Audio | 2014/06/14 |
| 174. | 76.105.157.206 | Revolution.2012.S02E22.HDTV.x264-LOL.mp4 | TV Series | 2014/06/14 |
| 175. | 76.105.157.206 | A.Million.Ways.To.Die.In.The.West.2014.WEBRip.HC.XviD.MP3-RARBG | Video | 2014/06/14-2014/06/15 |
| 176. | 76.105.157.206 | Godzilla (2014) HDTS READNFO x264-CPG | Video | 2014/06/14-2014/06/16 |
| 177. | 76.105.157.206 | Game.of.Thrones.S04E10.HDTV.x264-KILLERS.mp4 | TV Series | 2014/06/16 |
| 178. | 76.105.157.206 | Game.of.Thrones.S04E10.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/06/16 |
| 179. | 76.105.157.206 | Continuum.S03E12.720p.HDTV.x264-2HD.mkv | TV Series | 2014/06/16 |
| 180. | 76.105.157.206 | Penny.Dreadful.S01E06.HDTV.x264-KILLERS.mp4 | TV Series | 2014/06/16 |
| 181. | 76.105.157.206 | Californication.S07E10.HDTV.x264-KILLERS.mp4 | TV Series | 2014/06/16 |
| 182. | 76.105.157.206 | Nurse.Jackie.S06E10.HDTV.x264-2HD.mp4 | TV Series | 2014/06/16 |
| 183. | 76.105.157.206 | Jason Derulo - Talk Dirty [2014] [Mp3-320]-V3nom [GLT] | Audio | 2014/06/17 |
| 184. | 76.105.157.206 | Orange is the New Black Season 2 Complete WEBRip x264 [Multi-Sub] [DexzAery & VectoR] | TV Series | 2014/06/17 |
| 185. | 76.105.157.206 | Falling Skies S04E01 WEB-DL x264-FUM[ettv] | TV Series | 2014/06/17-2014/06/18 |
| 186. | 76.105.157.206 | Californication.S07E11.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/06/19 |
| 187. | 76.105.157.206 | Defiance.S02E01.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/06/20 |
| 188. | 76.105.157.206 | Dominion.S01E01.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/06/20 |
| 189. | 76.105.157.206 | Behaving.Badly.2014.BRRip.XViD-juggs[ETRG] | Video | 2014/06/20-2014/06/23 |
| 190. | 76.105.157.206 | Nurse.Jackie.S06E11.HDTV.x264-KILLERS.mp4 | TV Series | 2014/06/21-2014/06/22 |
| 191. | 76.105.157.206 | Thief of Thieves 021 (2014) (Digital-Empire).cbr | eBook | 2014/06/21-2014/06/23 |

EXHIBIT 1
Page 6 of 8

Voltage / TCYK v. DOE-76.105.157.206

| # | IP | File | Type | Date |
|---|---|---|---|---|
| 192. | 76.105.157.206 | True.Blood.S07E01.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/06/23 |
| 193. | 76.105.157.206 | Continuum.S03E13.HDTV.x264-2HD.mp4 | TV Series | 2014/06/23 |
| 194. | 76.105.157.206 | Penny Dreadful S01E07 HDTV x264-KILLERS[ettv] | TV Series | 2014/06/23 |
| 195. | 76.105.157.206 | Orphan.Black.S02E10.720p.HDTV.X264-DIMENSION[rarbg] | TV Series | 2014/06/23 |
| 196. | 76.105.157.206 | Falling.Skies.S04E01.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/06/23-2014/06/25 |
| 197. | 76.105.157.206 | Tyrant.S01E01.HDTV.x264-LOL.mp4 | TV Series | 2014/06/25 |
| 198. | 76.105.157.206 | Dominion S01E02 HDTV x264-LOL[ettv] | TV Series | 2014/06/27-2014/06/30 |
| 199. | 76.105.157.206 | Windows 8.1 Core MrBeckham666 [Update 05.02.2012].iso | Software | 2014/06/29 |
| 200. | 76.105.157.206 | Halt.and.Catch.Fire.S01E05.HDTV.x264-KILLERS.mp4 | TV Series | 2014/06/30 |
| 201. | 76.105.157.206 | Falling.Skies.S04E02.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/06/30 |
| 202. | 76.105.157.206 | The Leftovers S01E01 HDTV x264-KILLERS[ettv] | TV Series | 2014/07/01 |
| 203. | 76.105.157.206 | Transcendence.2014.HDRip.XViD.juggs[ETRG] | Video | 2014/07/01-2014/07/04 |
| 204. | 76.105.157.206 | Under.the.Dome.S02E01.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/07/01-2014/07/04 |
| 205. | 76.105.157.206 | RFVideo Shoot with Jim Cornette (2000) | Video | 2014/07/02 |
| 206. | 76.105.157.206 | Tyrant.S01E02.HDTV.x264-LOL.mp4 | TV Series | 2014/07/03-2014/07/04 |
| 207. | 76.105.157.206 | [ www.Torrentday.com ] - Dead.Air.2009.DVDRip.XviD-ViSiON | Video | 2014/07/04 |
| 208. | 76.105.157.206 | Defiance.S02E03.HDTV.x264-LOL.mp4 | TV Series | 2014/07/04 |
| 209. | 76.105.157.206 | Wilfred.US.S04E03.HDTV.x264-LOL.mp4 | TV Series | 2014/07/04 |
| 210. | 76.105.157.206 | John Legend - Love in the Future [Deluxe Version] (2013) | Audio | 2014/07/04 |
| 211. | 76.105.157.206 | Dominion.S01E03.HDTV.x264-LOL.mp4 | TV Series | 2014/07/04-2014/07/05 |
| 212. | 76.105.157.206 | Defiance.S02E03.720p.HDTV.X264-DIMENSION.mkv | TV Series | 2014/07/04-2014/07/05 |
| 213. | 76.105.157.206 | Noah.2014.BDRip.x264-SPARKS[rarbg] | Video | 2014/07/05-2014/07/07 |
| 214. | 76.105.157.206 | True Blood S07E03 HDTV x264-KILLERS[ettv] | TV Series | 2014/07/07-2014/07/10 |
| 215. | 76.105.157.206 | Falling.Skies.S04E03.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/07/07-2014/07/10 |
| 216. | 76.105.157.206 | Falling.Skies.S04E03.HDTV.x264-2HD.mp4 | TV Series | 2014/07/10 |
| 217. | 76.105.157.206 | Suits S04E04 HDTV x264-KILLERS[ettv] | TV Series | 2014/07/10 |
| 218. | 76.105.157.206 | Under.the.Dome.S02E02.HDTV.x264-LOL.mp4 | TV Series | 2014/07/10 |
| 219. | 76.105.157.206 | Tyrant.S01E03.HDTV.x264-LOL.mp4 | TV Series | 2014/07/10 |
| 220. | 76.105.157.206 | The_Walking_Dead_129_(2014)_(Digital)_(Zone-Empire).cbr | eBook | 2014/07/10 |
| 221. | 76.105.157.206 | Talking.Dead.Season.5.Preview.Special.HDTV.x264-W4F.mp4 | TV Series | 2014/07/12 |
| 222. | 76.105.157.206 | The.Zero.Theorem.2013.WEB-DL.XviD.MP3-RARBG | Video | 2014/07/13-2014/07/14 |
| 223. | 76.105.157.206 | Ray.Donovan.S02E01.720p.HDTV.x264-IMMERSE[rarbg] | TV Series | 2014/07/14 |
| 224. | 76.105.157.206 | Falling.Skies.S04E04.HDTV.x264-KILLERS.mp4 | TV Series | 2014/07/14 |
| 225. | 76.105.157.206 | Tyrant.S01E04.HDTV.x264-KILLERS.mp4 | TV Series | 2014/07/16 |

EXHIBIT 1
Page 7 of 8

Voltage / TCYK v. DOE-76.105.157.206

| | | | | |
|---|---|---|---|---|
| 226. | 76.105.157.206 | Video.Games.The.Movie.2014.HDRip.XViD-juggs[ETRG] | Video | 2014/07/16 |
| 227. | 76.105.157.206 | Wilfred.US.S04E05.HDTV.x264-LOL.mp4 | TV Series | 2014/07/17 |
| 228. | 76.105.157.206 | Suits S04E05 HDTV x264-KILLERS[ettv] | TV Series | 2014/07/17 |
| 229. | 76.105.157.206 | The.Divide.S01E01-E02.HDTV.x264-KILLERS.mp4 | TV Series | 2014/07/18 |
| 230. | 76.105.157.206 | Defiance.S02E05.HDTV.x264-LOL.mp4 | TV Series | 2014/07/18 |
| 231. | 76.105.157.206 | Satisfaction.US.S01E01.HDTV.x264-ASAP.mp4 | TV Series | 2014/07/18-2014/07/19 |
| 232. | 76.105.157.206 | Dominion.S01E05.720p.HDTV.x264-IMMERSE.mkv | TV Series | 2014/07/18-2014/07/19 |
| 233. | 76.105.157.206 | Starred Up 2014 WEBRIP XVID AC3 ACAB | Video | 2014/07/21 |
| 234. | 76.105.157.206 | Falling.Skies.S04E05.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/07/21 |
| 235. | 76.105.157.206 | True.Blood.S07E05.HDTV.x264-KILLERS.mp4 | TV Series | 2014/07/23 |
| 236. | 76.105.157.206 | The.Strain.S01E02.HDTV.x264-KILLERS.mp4 | TV Series | 2014/07/23 |
| 237. | 76.105.157.206 | Wilfred US S04E06 HDTV x264-LOL[ettv] | TV Series | 2014/07/25 |
| 238. | 76.105.157.206 | The.Expendables.3.2014.DVDSCR.Xvid-DiNGO | Video | 2014/07/25 |
| 239. | 76.105.157.206 | Suits.S04E06.HDTV.x264-KILLERS.mp4 | TV Series | 2014/07/25 |
| 240. | 76.105.157.206 | Tyrant.S01E05.HDTV.x264-ASAP.mp4 | TV Series | 2014/07/25 |

EXHIBIT 1
Page 8 of 8